```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
1ST AVENUE TJC, LLC,

                    Plaintiff,
                                              ORDER
        - against –
                                          20 Civ. 5236 (NRB)
OPERADORA DE VUELOS EJECUTIVOS S.A. DE    20 Civ. 6754 (NRB)
C.V. and GRUPO HERMES, S.A. DE C.V.,

                    Defendants.
--------------------------------------X
INSURED AIRCRAFT TITLE SERVICE LLC,

                    Plaintiff,

        - against –

OPERADORA DE VUELOS EJECUTIVOS DE CV and
1ST AVENUE TJC, LLC,

                    Defendants.
--------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that the above-captioned cases have been settled, it is

**ORDERED** that the above-captioned actions be, and hereby are, dismissed without costs and without prejudice to restoring the actions to this Court's calendar if applications to restore the actions are made within 45 days.

DATED:   New York, New York
         December 22, 2020

                                    _____
                                        NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE